```
RICHARD MAC BRIDE, SB# 199695
LAW OFFICES OF RICHARD A. MAC BRIDE
855 Marina Bay Parkway, Suite 210
RICHMOND, CA 94804
Phone 415-730-6289
Fax 510-439-2786
Attorney for Plaintiff Richard Sepulveda
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Richard Sepulveda,

          Plaintiff,

Vs.

Esam Mansour Kobaree, et al.,

          Defendants.

Case Number 23-2368 RS

STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER

Plaintiff Richard Sepulveda, and defendants Esam Mansour Kobaree, Jame Gong, and Ying Gong ("Defendants") by and through their respective attorneys of record (attorney for plaintiff is Richard A. Mac Bride; attorney for defendants is Alan S. Yee of Law Office of Siegel, Yee, Brunner & Mehta), hereby stipulate as follows:

1. Plaintiff entered into a written Settlement Agreement and General Release in this matter whereby he deemed resolved all claims and agreed to the dismissal of the above-captioned action with prejudice with regard to all Defendants named in the complaint, all parties to bear their own respective attorney fees and costs.

2. This written settlement agreement was entered into by Plaintiff and all Defendants.

3. The terms of the Settlement Agreement having been fulfilled, accordingly, the Parties signing this stipulation jointly request that the Court dismiss this action with prejudice with respect to all defendants.

Law Offices of Richard A. Mac Bride – By: Richard A. Mac Bride <u>/s/ Richard A. Mac Bride</u>

Attorney for Plaintiff Richard Sepulveda           9/14/2023

| | |
|---|---|
| 1 | Law Offices of Siegel, Yee, Brunner & Mehta – By: Alan S. Yee /s/ Alan S. Yee |
| 2 | Attorney for All Defendants                                              9/14/2023 |

FILER'S ATTESTATION

Pursuant to General Order 45, Section X(B), I hereby attest that on September 14, 2023, I, Richard A. Mac Bride, the attorney of record for plaintiff herein, received the concurrence of attorney Alan S. Yee, in the filing of this document.

/s/ Richard A. Mac Bride

Richard A. Mac Bride

ORDER

Having considered the signatory parties' Stipulation of Dismissal with Prejudice, and for good cause appearing, it is hereby ORDERED:

1. That the action entitled Sepulveda v. Kobaree, et al., Case No. 23-2348 RS, is dismissed with prejudice with respect to all defendants and all causes of action, with each party to bear his/her/its own attorney's fees and costs.

Date:  September 15, 2023

_____

Richard Seeborg

United States District Judge